**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| THOMAS BROOKS, | ) NO. EDCV 08-00750-ABC (MAN) |
| Plaintiff, | ) |
| v. | ) JUDGMENT |
| CAPTAIN MYERS, et al., | ) |
| Defendants. | ) |

Pursuant to the Court's Order Adopting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that this action is dismissed without prejudice.

DATED: <u>November 17, 2008</u>.

AUDREY B. COLLINS
UNITED STATES DISTRICT JUDGE